# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136683

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JON ICHESCO and CITY OF YPSILANTI,
      Plaintiffs-Appellees,

v

DAVID KIRCHER,
      Defendant-Appellant,

and

JOHN C. RANKIN and VIDA L. RANKIN
      Defendants.

SC: 136683
COA: 272905
Washtenaw CC: 2001-000889-CH

_____/

      On order of the Court, the application for leave to appeal the March 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

s0828